**Yan DONOVAN, Plaintiff–Appellant,**

v.

**UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, Office of Chemical Safety and Pollution Prevention Office of Pesticide Programs, Defendant–Appellee.**

No. 15–1960.

United States Court of Appeals, Fourth Circuit.

Submitted: Dec. 17, 2015.

Decided: Dec. 21, 2015.

Yan Donovan, Appellant Pro Se. David Moskowitz, Assistant United States Attorney, Alexandria, Virginia, for Appellee.

Before DIAZ and HARRIS, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Yan Donovan appeals the district court's order dismissing her complaint for lack of subject matter jurisdiction. *See* Fed. R.Civ.P. 12(b)(1). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Donovan v. U.S. Envtl. Prot. Agency*, No. 1:15–cv–00178–TSE–MSN (E.D.Va. filed June 26, 2015 & entered June 29, 2015). However, we affirm as modified to reflect that the dismissal is without prejudice to Donovan's right to refile in the event she exhausts her administrative remedies. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED AS MODIFIED.*